# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

PAUL B PARENT

                       Debtor

Case No: 06-46278-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

## TRUSTEE'S NOTICE OF EFFECT OF ADJUSTMENT
## IN PERIODIC PAYMENT ON SECURED CLAIM

The Standing Chapter 13 Trustee, David Wm. Ruskin, pursuant to E.D. Mich. L.B.R. 3001-2, hereby files this Notice of Effect of Adjustment in Periodic Payment on Secured Claim.

The Plan will no longer be adequately funded with the current plan payment amount. The Trustee estimates that the plan payment needs to be increased to **$2,651.00** per **MONTH**.

### NOTICE TO DEBTOR

**You are encouraged to contact your attorney to perform a complete review of your case to determine the full status of your case and what must be done in order for you to successfully complete your Chapter 13 Plan and obtain a Discharge. There may be alternatives other than increasing the amount of your Plan payment that would still allow your case to complete timely.**

**If this Notice of Effect of Adjustment in Periodic Payment on Secured Claim indicates that the Plan will no longer be adequately funded, pursuant to Local Bankruptcy Rule 3001-2(d), you must file a Plan Modification within 21 days of service of this Notice to assure adequate funding of the Plan. *E.D. Mich. LBR 2001-2.***

**This Notice of Effect of Adjustment in Periodic Payment on Secured Claim has *NOT* been audited and has been produced without a complete review of the Case file or the Debtor's payment records. Making all future payments at the amount set forth above *DOES NOT* guarantee that Debtor will receive a discharge at the end of the term of Debtor's confirmed Chapter 13 Plan (as modified, if at all). Other issues may adversely impact the completion of this Plan, including any delinquency in plan payments existing as of the date of this Notice, any future delinquencies in plan payments, failure to remit any required Income Tax Refunds, and claims filed for amounts greater than scheduled.**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: January 21, 2009

/s/ David Wm. Ruskin

DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

PAUL B PARENT

Case No: 06-46278-PJS
CHAPTER 13
Judge: PHILLIP J. SHEFFERLY

Debtor

### CERTIFICATE OF SERVICE OF TRUSTEE'S NOTICE OF EFFECT OF ADJUSTMENT IN PERIODIC PAYMENT ON SECURED CLAIM

I hereby certify that on January 21, 2009, I electronically filed the Trustee's Notice of Effect of Adjustment in Periodic Payment on Secured Claim with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Marrs & Terry Pllc
6553 Jackson Rd
Ann Arbor, MI 48103

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed

Paul B Parent
1518 Wismer Street
Ypsilanti, MI 48198

/s/ Allison T. Greenlee

Allison T. Greenlee
For the Office of the Chapter 13 Standing Trustee-Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755