# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

PAUL PARENT,                                      Case No. 06-46278-PJS
                                                             Honorable Philipp J. Shefferly
                                                             Chapter 13

         Debtor.
_____/

## STIPULATION RESOLVING TRUSTEE'S OBJECTIONS TO POST-CONFIRMATION APPLICATION FOR ATTORNEY FEES

    **IT IS HEREBY AGREED** as evidenced by the signatures below that the Chapter 13 Trustee and the Debtor's attorneys have stipulated to the entry of an Order Resolving the Trustee's Objection to Post-Confirmation Application for Attorney Fees, attached as exhibit A.

**STIPULATED TO:**

| | |
|---|---|
| **Marrs & Terry, PLLC** | **Office of the Chapter 13 Trustee** |
| | |
| /s/Melissa D. Francis, Esq. | /s/David Wm. Ruskin |
| Attorneys for Debtors | David Wm. Ruskin |
| Tricia Stewart Terry, Esq. (P59522) | 1100 Travelers Tower |
| Michelle L. Marrs, Esq. (P59651) | 26555 Evergreen |
| Melissa D. Francis, Esq. (P61495) | Southfield, MI 48076-4251 |
| 6553 Jackson Rd. | 248-352-7755 |
| Ann Arbor, MI 48103 | ruskin.orders@det13.com |
| 734-663-0555 | |
| marrsandterry@yahoo.com | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

PAUL PARENT,                          Case No. 06-46278-PJS
                                           Honorable Philipp J. Shefferly
                                           Chapter 13

       Debtor.
_____/

## ORDER RESOLVING TRUSTEE'S OBJECTIONS TO POST-CONFIRMATION APPLICATION FOR ATTORNEY FEES

       This matter having come before the Court upon the Stipulation Resolving Trustee's Objections to Third Post-Confirmation Application for Attorney Fees between the attorneys for the Debtor and the Chapter 13 Trustee; and the Court being otherwise fully advised in the premises;

       **IT IS HEREBY ORDERED**

The Court approves Applicant's fees and expenses as follows:

| | |
|---|---|
| PRIOR AWARD(S) FOR FEES: | $3584.02 |
| PRIOR AWARD(S) FOR COSTS: | $ 0.00 |
| PRIOR AWARD TO DATE: | $3584.02 |
| THIS AWARD FOR FEES: | $1028.00 |
| THIS AWARD FOR COSTS: | $ 0.00 |
| TOTAL THIS AWARD: | $1028.00 |
| GRAND TOTAL FEES AND COSTS | $4612.02 |
| LESS AMOUNT PAID BY DEBTOR AND TRUSTEE | ($3584.02) |
| **BALANCE TO BE PAID BY THE TRUSTEE** | $1028.00 |

1.) This award covers services rendered and expenses incurred during the time period 6/28/08 through 8/21/09.

2.) To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor following dismissal.

**EXHIBIT "A"**